IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**LINDSEY BUERO**, individually and on behalf of all similarly situated,

      Plaintiff,

v.

**AMAZON.COM SERVICES INC.**, a foreign corporation doing *d/b/a* Amazon Fulfillment Services Inc.; **AMAZON.COM INC.**, a foreign corporation,

      Defendants.

No. 3:19-cv-00974-MO

AMENDED PARTIAL JUDGMENT

**MOSMAN, J.**,

On January 31, 2020, I granted Defendants' Motion for Judgment on the Pleadings [ECF 16] and dismissed with prejudice Plaintiff's individual and class claims for unpaid wages, and Plaintiff's class claim for late payment at termination. Min. of Proceedings [ECF 40]; Order [ECF 41]. Pursuant to Federal Rule of Civil Procedure 54(b) and because there is no just reason for delay, I order that final judgment is entered against these dismissed claims only and that Plaintiff is certified to proceed with an immediate interlocutory appeal on these claims.

DATED this 14th day of July, 2020.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge

1 – AMENDED PARTIAL JUDGMENT