IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**LINDSEY BUERO**, individually and on behalf of all similarly situated,

      Plaintiff,

v.

**AMAZON.COM SERVICES INC.**, a foreign corporation doing *d/b/a* Amazon Fulfillment Services Inc.; **AMAZON.COM INC.**, a foreign corporation,

      Defendants.

No. 3:19-cv-00974-MO

AMENDED PARTIAL JUDGMENT

**MOSMAN, J.**,

On January 31, 2020, I granted Defendants' Motion for Judgment on the Pleadings [ECF 16] and dismissed with prejudice Plaintiff's individual and class claims for unpaid wages, and Plaintiff's class claim for late payment at termination. Min. of Proceedings [ECF 40]; Order [ECF 41]. Pursuant to Federal Rule of Civil Procedure 54(b) and because there is no just reason for delay, I order that final judgment is entered against these dismissed claims only and that Plaintiff is certified to proceed with an immediate interlocutory appeal on these claims.

DATED this __6__ day of August, 2020.

                          *Michael W. Mosman*
                          MICHAEL W. MOSMAN
                          United States District Judge

1 – AMENDED PARTIAL JUDGMENT