FILED

JAN 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LINDSEY BUERO, Individually and on behalf of all similarly situated, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> AMAZON.COM SERVICES, INC., DBA Amazon Fulfillment Services, Inc., a foreign corporation; AMAZON.COM, INC., a foreign corporation, <br><br> Defendants-Appellees. | No.   20-35633 <br><br> D.C. No. 3:19-cv-00974-MO <br> District of Oregon, <br> Portland <br><br> ORDER |

Before:  GRABER and CHRISTEN, Circuit Judges, and R. COLLINS,* District Judge.

The Oregon Supreme Court has answered the certified question, but the Court's opinion does not discuss compensation in connection with security screening during meal periods.  The parties are directed to file simultaneous supplemental briefs, not to exceed 15 pages, concerning the compensability of the time required to submit to mandatory security screening for employees who choose to leave the premises for meal breaks.  The parties shall address, at a minimum, whether the pertinent Oregon regulation tracks or is patterned after a federal statute

---

    *    The Honorable Raner C. Collins, United States District Judge for the District of Arizona, sitting by designation.

or regulation and, if so, what federal precedents provide concerning the meaning and application of such statute or regulation in this context. The supplemental briefs shall be filed within 21 days of the filed date of this order.